# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br><br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br><br>(612) 664-5000 | 417 Federal Building<br>515 West. First Street<br>Duluth, MN 55802<br><br>(218) 529-3500 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN<br>56537<br>(218) 739-5758 |


September 2, 2005

**RE: Case Name:** USA vs Marquita Williams
**Case Number:** 0:02-CR-00323(3) PAM/RLE

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 8/31/05 |

Sincerely,

s/Sheri Carlson
Financial Technician

FILED 9/2/05
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 5-13-03
Deputy Clerk's Initials SC