PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marquita Lynn Williams**

**Docket No. 0:02CR00323-003(PAM)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marquita Lynn Williams** who was sentenced for Aiding and Abetting Distribution and Possession with Intent to Distribute Cocaine Base on May 13, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Mandatory drug testing
No firearms or dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

Ms. Williams failed to report for scheduled drug tests on January 18, and February 9, 2007, respectively.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, as approved by the probation officer.

SCANNED
FEB 21 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 20th day of February, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on February 16, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission