PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marquita Lynn Williams**

**Docket No. 0:02CR00323-003 (PAM)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marquita Lynn Williams** who was sentenced for aiding and Abetting Distribution and Possession With Intent to Distribute Cocaine on 05/13/2003 by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**

On March 20, 2007, the defendant tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on March 29, 2007, at 11:30 AM to show cause why supervision should not be revoked.

SCANNED
MAR 2 9 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 28th day of March, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on March 28, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365

cc: U.S. Attorney's Office
Federal Defender's Office