**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No 02-323(3) PAM)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Marquita Lynn Williams,

Defendant.

---

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for Thursday, March 29, 2007, @ 11:30 a.m. Courtroom #2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota before the Honorable Paul A. Magnuson..

Dated: March 28 , 2007

PAUL A. MAGNUON, JUDGE
United States District Court

SCANNED
MAR 2 9 2007
U.S. DISTRICT COURT ST. PAUL