PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marquita Lynn Williams**

**Docket No. 0:02CR00323-003(PAM)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marquita Lynn Williams** who was sentenced for Aiding and Abetting Distribution and Possession with Intent to Distribute Cocaine Base on May 13, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Mandatory drug testing
No firearms or dangerous weapons
8 hours community service (February 20, 2007 - Modification)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

The defendant has not obtained employment since her release from the Bureau of Prisons on December 16, 2005. Although this officer has verified that she is earning some money babysitting for a friend, she is not in compliance with the employment condition.

PRAYING THAT THE COURT WILL ORDER That the conditions of supervision be modified to include the following.

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED
AUG 31 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 31st day of August 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on August 29, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission