PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Marquita Lynn Williams**

**Docket No. 0:02CR00323-003(PAM)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Marquita Lynn Williams** who was sentenced for Aiding and Abetting Distribution and Possession With Intent to Distribute Cocaine Base on May 13, 2003, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishments where alcohol is sold
Participate in drug/alcohol treatment program
Mandatory drug testing
No firearms or dangerous weapons
8 hours community work service (modified on February 20, 2007)
Zero tolerance revocation (48 hours custody March 29, 2007)
District of Minnesota employment condition (modified on August 31, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office.

On September 5, 2007, the defendant failed to report for a scheduled drug test.

GENERAL CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On September 12, 2007, the defendant tested positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on September 20, 2007, at 9:15 A.M. to show cause why supervision should not be revoked.

SCANNED
SEP 17 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 17th day of September, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on September 17, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office