UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

Marquita Lynn Williams,

Defendant.

Case No. CR-02-323 (3) PAM

ORDER OF REVOCATION

---

Upon a hearing before this Court and a finding and adjudication that the defendant violated a special condition of his term of supervision, it is hereby ordered that the defendant be committed to the custody of the United States Bureau of Prisons for a term of 48 hours.

☐ The defendant is remanded to the custody of the United States Marshal

☒ The defendant shall voluntarily surrender for service of said sentence on September 21, 2007 at 5 p.m. at the jail facility designated by the United States Marshal.

The defendant shall be released from said sentence on September 23, 2007 at 5:00 p.m.

It is also ordered that upon completion of said sentence, the defendant shall be placed immediately at the VOA for up to 180 days. During this period the defendant must obtain her GED and secure employment. Term of supervised release to resume with all conditions as originally imposed and any conditions that were added during the previous term of supervision. The discharge date shall remain the same as previously calculated.

Dated: Septeber 20, 2007

Paul A. Magnuson, Judge
United States District Court

SCANNED
SEP 2 0 2007
U.S. DISTRICT COURT ST. PAUL